TRINA A. HIGGINS, United States Attorney (#7349)
MARIA D. MOOERS-PUTZER, Assistant United States Attorney (#14730)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone:  (801) 524-5682
Email:  Maria.Mooers-Putzer@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | Case No. 2:23-mj-00295 DBP |
|---|---|
| Plaintiff, | COMPLAINT |
| vs. | **SEALED** |
| FILIBERTO TAPIA OCAMPO, | Judge Dustin B. Pead |
| Defendant. | |

Before the Honorable Dustin B. Pead, United States Magistrate Judge for the District of Utah, appeared the undersigned, who on oath deposes and says:

## COUNT I
### False Statement During Purchase of a Firearm

On or about October 27, 2022, in the Central Division of the District of Utah,

FILIBERTO TAPIA OCAMPO,

the defendant herein, in connection with the acquisition of a firearm, an AR12 shotgun with serial no. 538-H22YD-30, knowingly made a false and fictitious written statement to Discount Guns & Ammo II, which statement was intended and likely to deceive Discount

1

Guns & Ammo II, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44, of Title 18, in that the defendant represented that he was the ultimate purchaser of the firearm; all in violation of 18 USC § 922(a)(6).

<u>AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT</u>

This complaint is based on the following information:

I, Sean Nicolio, being first duly sworn, depose and say:

1. I am a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been so employed since July of 2019. The information contained in this complaint is based on an investigation conducted by your affiant along with other ATF Agents, Task Force Officers, and officers from the West Valley City Police Department (WVCPD).

2. On March 16, 2023, two individuals who drove from Salt Lake City, UT were selected for an inspection by the Eagle Pass Border Patrol Officers at the U.S. Customs and Border Protection Eagle Pass Border Patrol Station located at 2285 Del Rio Blvd, Eagle Pass, TX 78852.   From the inspection, officers discovered twenty (20) long guns, fourteen (14) handguns, sixty-eights (68) magazines with assorted ammunition hidden inside three speaker boxes.   In an interview with the two drivers, they told officers that two other individuals, who reside in Utah, had instructed and paid them to ship the speaker boxes to Mexico. The drivers stated they had transported speakers on five previous occasions from these same two individuals to Mexico.

3. ATF agents researched the phone numbers associated with the individuals who had paid for the shipping of the speaker boxes. Based on this research, agents were able to identify the individuals as JAVIER CATALAN BAHENA and ERASMO MARTINEZ. BAHENA and ERASMO are aliens who are not lawfully in the United States and are therefore restricted persons.

4. ATF agents investigated this incident through eTrace, a database that allows law enforcement to track gun histories including the purchase and potential movement of firearms using serial numbers or other identifiers and also through the collection of ATF form 4473s from multiple Federal Firearms Licenses (FFLs).   A firearms transaction record or ATF form 4473 is a form prescribed by the ATF which is required to be completed when a person proposes to purchase a firearm from an FFL. eTrace revealed that one (1) of the thirty-four (34) firearms seized – the AR12 shotgun with serial humber 538-H22YD-30 - was purchased by OCAMPO on October 27, 2022. The majority of the other firearms seized were purchased by ALVARO MARTINEZ and OSCAR MARTINEZ.

5. The time to crime (time between the gun's purchase and when the gun was found in relation to a crime) from the AR12 shotgun with serial no. 538-H22YD-30 purchased by OCAMPO was one hundred and forty (140) days. ATF trace analysis has consistently shown that trafficked firearms usually have a time to crime of less than 12 months.

6. Queries of eTrace and ATF form 4473s from FFLs in Utah revealed that OCAMPO has purchased seventy-six (76) firearms from April 2022 to March 2023. On each 4473, OCAMPO wrote the answer "Yes" for question 21a, "Are you the transferee/actual buyer of the firearm(s) listed on the form and any continuation sheet(s)?"

7. OCAMPO is believed to be OSCAR AND ALVARO's uncle on their mother's side.

8. Officers executed a search warrant on March 31, 2023 at 2125 West Alesa Street, West Valley City, UT. OSCAR and ALVARO's parents live at that address and ALVARO has used that address on 4473s in the past. Officers located thirteen (13) firearms, most of which were in a safe. Upon questioning, OSCAR's father told officers that all the firearms in the safe belonged to OSCAR or ALVARO.

9. During the execution of the search warrant, OCAMPO arrived at the residence and was arrested.

//
//
//
//
//
//
//
//
//
//
//
//
//

Based on the foregoing information, your affiant respectfully requests that warrants of arrest be issued for FILIBERT TAPIA OCAMPO for violation of 18 USC § 922(a)(6).

SEAN NICOLIO
Special Agent ATF

SUBSCRIBED AND SWORN to before me this 3rd day of April, 2023.

Dustin B. Pead
United States Magistrate Judge

APPROVED:

TRINA A. HIGGINS
United States Attorney

MARIA D. MOOERS-PUTZER
Assistant United States Attorney