Stephen R. McCaughey - 2149
9 Exchange Place, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 364-6474
Fax: (801) 364-5014
Email: stephen@stephenrmccaughey.com

*Attorney for Filiberto Tapia Ocampo*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> FILIBERTO TAPIA OCAMPO, <br><br> Defendant. | **APPEARANCE OF COUNSEL** <br><br> Case No.   2:23-cr-00163-TC-4 <br> Honorable Judge Tena Campbell |

  Notice is hereby given that Stephen R. McCaughey enters his appearance as counsel of record in the above-entitled matter on behalf of the defendant.

  DATED this 1st day of May 2023.

           */s/ Stephen R. McCaughey*
           _____
           STEPHEN R. McCAUGHEY
           *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1ˢᵗ day of May 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

United States Attorney's Office
Via ECF

*/s/ Norma Klemz*
_____